UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ARTHUR ANDERSON #29252-009**           **CASE NO.  2:24-CV-01659 SEC P**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**WARDEN**                                **MAGISTRATE JUDGE LEBLANC**

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE** because petitioner's claims are moot. **IT IS FURTHER ORDERED** that all pending motions be **DENIED AS MOOT.**

**THUS DONE AND SIGNED** in chambers this 11th day of September, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**